1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff
9

10               UNITED STATES DISTRICT COURT
11
12               NORTHERN DISTRICT OF CALIFORNIA
13                   SAN FRANCISCO DIVISION

14 CONSTANCIA N. LOPEZ,          )   Civil No. C07-2649 PJH
                                 )
15           Plaintiff,           )
                                 )
16                               )
   v.                            )   STIPULATION AND ORDER
17                               )
                                 )
18 MICHAEL J. ASTRUE,            )
19 Commissioner, Social Security )
   Administration,               )
20                               )
                                 )
21           Defendant.          )
                                 )
22

23      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
24 Plaintiff shall have a first extension of time of (30) days up through and including Monday,
25 November 5, 2007 in which to e-file her Motion for Summary Judgment.  This extension is
26 necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this
27 court (9) in and around this time period.
28

                                         1
STIPULATION AND ORDER

1
2
3                                          SCOTT N. SCHOOLS
                                           United States Attorney
4
                                           Deborah Lee Stachel authorizing on
5                                          Ms. Bond's behalf
Dated: October 2, 2007                     /s/
6                                          SHEA L. BOND
                                           Special Assistant U.S. Attorney
7
8
9
10
Dated: October 2, 2007                     /s/
11                                         HARVEY P. SACKETT
                                           Attorney for Plaintiff
12                                         CONSTANCIA N. LOPEZ
13
14   IT IS SO ORDERED.
15
16
Dated:  10/12/07
17                                         _____
                                           PHYLLIS J. HAMILTON
18                                         U.S. District Judge
19
20
21
22
23
24
25
26
27
28

                                  2
STIPULATION AND ORDER