HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCIA N. LOPEZ, | ) Civil No. C07-02649 PJH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (14) days up through and including Tuesday, December 11, 2007 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment.  This extension is necessary due to the number of other cases (9) Plaintiff's counsel has pending before this court and other district courts in and around this time period that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| | SCOTT N. SCHOOLS |
| | United States Attorney |
| | |
| | (verbal authorization given via telephone) |
| Dated: November 19, 2007 | /s/ |
| | SHEA L. BOND |
| | Special Assistant U.S. Attorney |

| | |
|---|---|
| Dated: November 19, 2007 | /s/ |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | CONSTANCIA N. LOPEZ |

IT IS SO ORDERED.

Dated: 11/21/07

IT IS SO ORDERED

/s/ Judge Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

2

STIPULATION AND ORDER