UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONSTANCIA N. LOPEZ

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.
_____/

No. C 07-2649 PJH

**BRIEFING ORDER**

On August 12, 2008, the court granted in part and denied in part plaintiff's motion for summary judgment and remanded the matter for further proceedings before the administrative law judge ("ALJ"). Subsequently, on October 14, 2008, plaintiff's counsel filed a motion for attorney's fees. Defendant is ORDERED to file and serve his opposition to plaintiff's motion **no later than Tuesday, November 11, 2008.** Plaintiff's reply, if any, is due **no later than Tuesday, November 18, 2008.** The court will decide the motion on the papers.

**Plaintiff's counsel, Harvey Sackett, is further reminded that if he wishes this court to consider the above motion, he is required to submit a courtesy chambers copy of the motion papers in compliance with this court's local rules. This court has repeatedly been required to contact Mr. Sackett's office based on his failure to comply with this particular rule.**

**IT IS SO ORDERED.**

Dated: October 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge